Doris A. SCOTT, individually and as Personal Representative of the Estate of John William Scott, deceased, Plaintiff–Appellant,

v.

James L. HENRICH; David J. Flamand; Butte–Silver Bow Law Enforcement Agency; City of Butte; County of Silver Bow, Defendants–Appellees.

No. 91–35429.

United States Court of Appeals, Ninth Circuit.

Sept. 14, 1993.

Before: FARRIS, NORRIS, and KOZINSKI, Circuit Judges.

### ORDER

The Opinion filed October 15, 1992, and the Amended Opinion filed May 21, 1993, are hereby WITHDRAWN.